# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

Case No. 5D2024-3157
LT Case No. 1998-CF-005532-A

---

TIMOTHY A. HAMPTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

---

3.800 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Timothy A. Hampton, Graceville, pro se.

James Uthmeier, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.

June 27, 2025

PER CURIAM.

AFFIRMED. *See State v. Johnson*, 122 So. 3d 856, 866 (Fla. 2013) ("*Blakely* [*v. Washington*, 542 U.S. 296 (2004),] does not apply retroactively to sentences or resentences that were final when it issued."); *Hughes v. State*, 901 So. 2d 837, 848 (Fla. 2005) (holding that *Apprendi v. New Jersey*, 530 U.S. 466 (2000), does not apply retroactively); *Jeanty v. Warden, FCI-Miami*, 757 F.3d 1283, 1285 (11th Cir. 2014) (concluding that *Alleyne v. United*

*States*, 570 U.S. 99 (2013), is not retroactively applicable on collateral review); *Martinez v. State*, 211 So. 3d 989, 991–92 (Fla. 2017) (holding that an alleged defect in the information that purportedly deprived the defendant of his due process right to notice of a potential enhanced sentence did not fall within the narrow class of sentencing errors subject to correction under Florida Rule of Criminal Procedure 3.800(a)).

EDWARDS, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————